WILKINS v. TOMLIN.

(Court of Civil Appeals of Texas. San Antonio. Jan. 29, 1913. Rehearing Denied Feb. 26, 1913.)

APPEAL AND ERROR (§ 773*)—FAILURE TO FILE BRIEFS—DISMISSAL OF ACTION.

Where neither party files a brief, the case will be dismissed by the court on appeal for want of prosecution.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3104, 3108–3110; Dec. Dig. § 773.*]

Appeal from District Court, Frio County, J. F. Mullally, Judge.

Action by Henry Tomlin against Martin Wilkins. From a judgment for plaintiff, defendant appeals. Cause dismissed for want of prosecution.

TALIAFERRO, J. This suit was brought by appellee, Henry Tomlin, against appellant, Martin Wilkins, for damages for alleged libel. Judgment was in favor of appellee for $600. There is no brief filed by either party, and the case is dismissed for want of prosecution.